FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    2008 APR 24  P 1: 55

HARTFORD

DISTRICT COUR...
...FORD, CT.

UNITED STATES OF AMERICA,           )
                                    )
            V.                      )   Case No. 3:02CR249 (AWT)
                                    )
ROSHAWN REED,                       )
            Defendant.              )
_____ )

PRO SE MOTION THAT THE COURT ORDER A REDUCED SENTENCE BASED ON THE
REVISED "DRUG EQUIVALENCY TABLES" AS AMENDED
UNDER ITEM 9 / 18 USCS APPX § 2D1.1

1.    On January 26, 2004 the defendant was sentenced to a term
of imprisonment of 120 months.  The defendant had pled guilty to One
Count of Conspiracy to Possess with Intent to Distribute 50 Grams or
more of Cocaine Base.

2.    On May 1. 2007 Pursuant to its authority under 28 USCS §
994(p), the U.S. Sentencing Commission submitted an amendment to Con-
gress wherein defendants convicted of Crack related offenses would
receive a two (2) level reduction in their sentences.  The Commission
specified an effective date of November 1, 2007.

3.    Congress elected not to modify, change or reject the am-
endment and it became law with an effective relief date of March 3,
2008.

4.    United States District Courts in several Circuits have
reduced the sentences of defendants convicted of crack related crimes
below the "Mandatory Minimum Sentence" of 120 months. (Exhibits)

RELIEF

5.    That the Court grant the two (2) level reduction to the
defendant's current sentence of 120 months.

1.

Respectfully Submitted on this the $\underline{10^{th}}$ day of April 2008.


*Roshawn M. Reed*
Roshawn Reed, Pro Se Petitioner
14875-014  Unit J/A
FMC-Devens, P.O. Box 879
Ayer, Massachusetts  01432

## CERTIFICATE OF SERVICE

Clerk of Court
United States District Court
141 Church Street
New Haven, Connecticut  06510


H. Gordon Hall, Esquire
Asst. U.S. Attorney
Office of the U.S. Attorney
Connecticut Financial Center
Ne Haven, Connecticut  06508

2.