03/25/2008  15:42 FAX 4098392585          USMS-BEAUMONT                          ☐ 002

Case 1:01-cr-00074-MAC-KFG    Document 285    Filed 03/24/2008    Page 1 of 1

AO 247 (02/08)    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:01-CR-74(2) |
| | § | |
| | § | USM No. 09071-078 |
| JOHN A. ROGERS, SR. | § | Defendant's Attorney: Pro Se |

Date of Previous Judgment: November 29, 2001
(Use Date of Last Amended Judgment, if Applicable)

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. §3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court under 18 U.S.C. §3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 120 months is reduced to 83 months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to any Departures)

Previous Offense Level: 33                  Amended Offense Level: 31
Criminal History Category: IV               Criminal History Category: IV
Previous Guideline Range: 188 - 235 months  Amended Guideline Range: 151 - 188 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other. (explain):

### III. ADDITIONAL COMMENTS
If the term of imprisonment is less than the amount of time the defendant has already served, the sentence is reduced to "time served." This Order is subject to the prohibition contained in U.S.S.G. § 1B1.10(b)(2)(C). Moreover, imposition of this Order shall be stayed until ten (10) days after the order date. All other claims for relief are dismissed without prejudice.

Except as provided above, all provisions of the judgment dated November 29, 2001 shall remain in effect.

IT IS SO ORDERED.

SIGNED at Beaumont, Texas, this 24th day of March, 2008.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2008 MAR 12  PH 3: 46

C. Style

DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| BOBBY LEWIS HUGHLEY | ) | Case No: 7:03-CR-8-001 |
| | ) | USM No: 90585-020 |
| Date of Previous Judgment: 08/21/2003 | ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ 120 _____ months **is reduced to** _____ 87 months _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 108 to 135 months | Amended Guideline Range: | 87 to 108 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS

The pertinent factors at 18 U.S.C. § 3553(a) were taken into account when making this ruling.

Except as provided above, all provisions of the judgment dated 08/21/2003 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 12 MAR 2008

_C. Ashley Royal_
Judge's Signature

Effective Date: _____
(if different from order date)

C. ASHLEY ROYAL, U.S. DISTRICT JUDGE
Printed name and title





# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed
14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN** sessions of the **SUBSTANCE ABUSE SUPPORT GROUP**

This certificate is hereby issued this 12th day of July 2005



P. Griffin, PhD, Drug Abuse Program Coordinator

# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN sessions** of the **STEP GROUP**. Each week one of the 12 Steps or Traditions is discussed in depth in order to enhance recovery. This certificate is hereby issued on this 19th day of April 2005



P. Griffin, PhD, Drug Abuse Program Coordinator





# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN** sessions of the **SUBSTANCE ABUSE SUPPORT GROUP**

This certificate is hereby issued this 29th day of March 2005





P. Griffin, PhD, Drug Abuse Program Coordinator







# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN sessions** of the **STEP GROUP**. Each week one of the 12 Steps or Traditions is discussed in depth in order to enhance recovery. This certificate is hereby issued on this 21st day of December 2004

P. Griffin, PhD, Drug Abuse Program Coordinator



# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN** sessions of the **SUBSTANCE ABUSE SUPPORT GROUP**

This certificate is hereby issued this 7th day of December 2004



P. Griffin, PhD, Drug Abuse Program Coordinator







# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN sessions** of the **STEP GROUP**. Each week one of the 12 Steps or Traditions is discussed in depth in order to enhance recovery.

This certificate is hereby issued this 19th day of October 2004

P. Griffin, PhD, Drug Abuse Program Coordinator





# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN sessions of the SUBSTANCE ABUSE SUPPORT GROUP**

This certificate is hereby issued this 5th day of October 2004



P. Griffin, PhD, Drug Abuse Program Coordinator







# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending **TEN sessions** of the **STEP GROUP**. Each week one of the 12 Steps or Traditions is discussed in depth in order to enhance recovery. This certificate is hereby issued this 17th day of August 2004

P. Griffin, PhD, Drug Abuse Program Coordinator





# Federal Bureau of Prisons

## FCI Otisville

## Certificate of Achievement

Roshawn Reed

14835-014

In recognition of his participation in the Twelve-Step Recovery Program here at FCI Otisville, he is presented with this certificate for attending TEN sessions of the Substance Abuse Support Group

This certificate is hereby issued this 20th of July 2004



P. Griffin, PhD, Drug/Abuse Program Coordinator

# Certificate of Achievement

awarded to:

## MR. REED

## BEGINNING YOGA CLASS

### F.C.I OTISVILLE  FEDERAL BUREAU OF PRISONS



Signed  L. POWELL-SZYMANSKI

Date APRIL 1, 2005

# Certificate of Achievement

awarded to:

## ROSHAWN REED

FOR SUCCESSFUL COMPLETION OF 120 HOURS IN
AQUAPONICS

AUGUST 15, 2005

*VOCATIONAL INSTRUCTOR*

*SUPERVISOR OF EDUCATION*



Certificate of Achievement

awarded to:

ROSHAWN REED

FOR SUCCESSFUL COMPLETION OF 126 HOURS IN
HYDROPONICS

VOCATIONAL INSTRUCTOR

MAY 26, 2005

SUPERVISOR OF EDUCATION



# Certificate of Achievement

awarded to:

## ROSHAWN REED

FOR SUCCESSFUL COMPLETION OF 477 HOURS IN
HORTICULTURE / LANDSCAPE DESIGN

*VOCATIONAL INSTRUCTOR*

*FEBRUARY 25, 2005*

*SUPERVISOR OF EDUCATION*



U.S. Department of Justice

Federal Bureau of Prisons

---

Federal Correctional Institution
Otisville, New York 10963

November 23, 2005

Roshawn Reed
Federal Correctional Institution at Otisville
Otisville, New York 10963

Dear Mr. Reed,

Congratulations on completing the Aquaponics, Hydroponics and Horticulture programs during the academic year 2004 - 2005.

Self-improvement is the first step on the road to future success. Your completion of this very significant educational goal is commendable. You should be proud of your achievement.

Your accomplishment is not an end but a beginning. I urge you to make your commitment to education a lifelong one.

Sincerely,

Craig Apker
Warden

# CERTIFICATE OF ACHIEVEMENT

**Having successfully completed the course**

*Fathers Behind Bars*

**this certificate of achievement is being awarded to:**

*Roshawn Reed*





_____
M. Santiago
Parenting Coordinator

December 28, 2005
Date



*Federal Bureau of Prisons*

*FCI Otisville*

*Certificate of Completion*

This is to certify that

# ROSHAWN REED

14835-014

*has successfully completed the*

## DRUG EDUCATION PROGRAM

A 40 HOUR PROGRAM
at FCI Otisville, NY

This certificate is hereby issued this 06th day of October 2004




F. LUPIA, D.A.T.S.

# Federal Medical Center Devens

## Certificate of Achievement

The Recreation Department is pleased to present this certificate to

### Roshawn Reed

2007 FMC Devens Softball Official

August 20, 2007

DATE



B. M.

B. Morris, Recreation Specialist



# Federal Medical Center Devens

## CERTIFICATE OF RECOGNITION

### The Recreation Department is Pleased to Present this Certificate to:

## R. Reed





**In recognition of being an outstanding coach of the championship team during the basketball summer league at FMC Devens during the year 2007**

*In witness thereof, the undersigned given this 19th day of September 2007*

B. Ryan, Recreation Specialist





# Federal Medical Center Devens
## Recreation Department

Presents to:

## R. Reed

### Certificate of Participation

In recognition of outstanding performance and
contribution to the

## 2007 Basket Ball Championship Team

In witness thereof, the undersigned given this 19th
day of Septembers 2007

P. Ryan, Recreation Specialist

**DTRM**

*Certificate of Achievement*

*Presented on this Twenty Third Day of March*
*in the year Two Thousand and Five*

*Rashawn Reed*

In Recognition of Your Completion
of the eight week course "Doing Time With A Right Mind"

Fredrick Menifee
_____
Fredrick Menifee, Warden

March 23, 2005
_____
Date

William Acton
_____
William Acton Coordinator

**DTRM**