# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

--------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

vs.

                                      Docket No. 3:02CR-249 (AWT)

ROSHAWN REED,

        Defendant

--------------------------------------------------------x

**To the Clerk of the Court and all parties of record:**

The undersigned hereby enters his appearance as counsel of record on behalf of defendant Roshawn Reed in the above-entitled criminal proceeding.

Dated: April 29, 2008

John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Fed. Bar No. ct04341

## **CERTIFICATION**

I hereby certify that on April 29, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

John T. Walkley