UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
                                :
UNITED STATES OF AMERICA        :
                                :
                                :
v.                              :    No. 3:02CR00249(AWT)
                                :
ROSHAWN REED                    :
                                :
--------------------------------x
```

**ORDER RE DEFENDANT'S MOTION UNDER 18 U.S.C. § 3582(c)(2)**

    The defendant has moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on retroactive application of the guideline applicable to crack cocaine offenses.  However, at the time of sentencing, the court determined that the defendant is a career offender and thus his base offense level was not calculated using the crack cocaine Guideline.  Therefore, the defendant is ineligible for a reduced sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 because the amendment does not lower the applicable guideline range.  See U.S.S.G. § 1B1.10, Application Note 1(A).

    Accordingly, the defendant's motions under 18 U.S.C. § 3582(c)(2) for modification or reduction of sentence (Doc. Nos. 411 and 412) are hereby DENIED.

    It is so ordered.

    Dated this 16th day of May, 2008 at Hartford, Connecticut.

                                           /s/AWT
                                       Alvin W. Thompson
                                United States District Judge