**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff                                    Docket No. 3:02CR-249 (AWT)

vs.

ROSHAWN REED,                                May 22, 2008

       Defendant

-------------------------------------------------------x

## MOTION FOR RECONSIDERATION AND FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. §3582(c)(2)

     Defendant Roshawn Reed, in the above-captioned criminal matter, respectfully moves the Court hereby, through counsel, for reconsideration of its Order re Defendant's Motion Under 18 U.S.C. §3582(c)(2) dated May 16, 2008 and received by counsel for defendant on May 22, 2008. Defendant respectfully moves further for an extension of time within which to file a Memorandum in Support of defendant's pro se motion for a reduction in his sentence.

     In support of this motion, counsel for defendant provides that he only recently was requested to appear on behalf of defendant, counsel was able to speak to defendant for this first time about his motion on Monday of this week, counsel has not acquired as yet any

documentation concerning defendant's case, including his Presentence Report or the Judgment, and counsel has been unable to examine the nature of defendant's sentence or conduct any necessary legal research to determine whether or not sentence reduction is authorized. Reconsideration of the Court's Order disposing of defendant's pending motion and approval of a brief extension within which defendant may be permitted to file his Memorandum in support of the motion is fair and reasonable.

WHEREFORE, in consideration of the foregoing, defendant moves that the Court reconsider its Order dated May 16, 2008, that the Court vacate its Order until additional pleadings may be filed, and permit counsel for defendant until June 30, 2008, to file his Memorandum in support of his motion for reduction in sentence pursuant to 18 U.S.C. §3582(c)(2).

DEFENDANT, ROSHAWN REED

By: _____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Fed. Bar No. ct04341

## **CERTIFICATION**

I hereby certify that on May 22, 2008, a copy of the foregoing Motion for Reconsideration and for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____

John T. Walkley